**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-7480**

CHARLES CARLO CINTRON,

                                        Petitioner - Appellant,

        versus

THEODIS BECK, Secretary of the N.C. Department
of Correction,

                                        Respondent - Appellee.

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  Russell A. Eliason, Magistrate Judge.  (CA-01-158-1)

Submitted:  December 19, 2001        Decided:  January 24, 2002

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Charles Carlo Cintron, Appellant Pro Se.  Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles Carlo Cintron seeks to appeal the magistrate judge's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001).* We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the magistrate judge. Cintron v. Beck, No. CA-01-158-1 (M.D.N.C. July 17, 2001). We grant Cintron's motion to waive the requirement to file multiple copies of pleadings in this appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

* The parties consented to the magistrate judge's jurisdiction pursuant to 28 U.S.C. § 636(c) (1994).

2